**UNITED STATES COURT OF APPEALS**
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO  80257

DAVID M. EBEL  
JUDGE

(303) 844-3800  
FAX: (303) 844-4541  
David_M_Ebel@ca10.uscourts.gov

March 6, 2012

TO:       Greg Langham, Clerk

FROM:   Judge Ebel

RE:       Civil Action No. 12-cr-00086-DME
          <u>U.S. v. Barragan-Martinez</u>

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd